IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORINTHIAN COURT**
**HOLDINGS, LLC**                                                                         **PLAINTIFF**

**v.**                                         **CIVIL ACTION NO. 2:15-CV-111-KS-MTP**

**STATE FARM FIRE AND**
**CASUALTY COMPANY**                                               **DEFENDANT**

**ORDER**

On January 24, 2017, Defendant State Farm Fire and Casualty Company ("Movant") filed its Motion to Strike Plaintiff's Expert Bruce Smith [82], Motion to Strike Plaintiff's Expert Neil Hall [84], and Motion for Summary Judgment [86]. Plaintiff Corinthian Court Holdings, LLC ("Respondent") has until on or before **February 7, 2017**, to respond to these motions. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, it may do so on or before **February 14, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondent requires an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondent's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the 27th day of January, 2017.

                                                               s/Keith Starrett
                                                               KEITH STARRETT
                                                               UNITED STATES DISTRICT JUDGE