**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**CORINTHIAN COURT
HOLDINGS, LLC**                                                                                                  **PLAINTIFF**

**v.**                                                                          **CIVIL ACTION NO. 2:15-CV-111-KS-MTP**

**STATE FARM FIRE AND
CASUALTY COMPANY**                                                                                 **DEFENDANT**

### ORDER

On March 7, 2017, Defendant State Farm Fire and Casualty Company ("Movant") filed its Motions to Strike [106][108]. Plaintiff Corinthian Court Holdings, LLC ("Respondent") has until on or before **March 21, 2017**, to respond to these motions. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, it may do so on or before **March 28, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondent requires an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondent's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the  8th  day of March, 2017.

                                                                                    s/Keith Starrett
                                                                                    KEITH STARRETT
                                                                                    UNITED STATES DISTRICT JUDGE