IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORINTHIAN COURT**
**HOLDINGS, LLC**                                                                                      **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO. 2:15-CV-111-KS-MTP**

**STATE FARM FIRE AND**
**CASUALTY COMPANY**                                                                         **DEFENDANT**

## ORDER

This matter is before the Court on Plaintiff's Motion for Leave to File a Sur-Reply, or in the Alternative, to Strike Defendant's Reply, and for Expedited Hearing ("Motion for Leave") [114][115][116]. Plaintiff contends that because Defendant exceeded the page limit in its Motion for Summary Judgment [86] and supporting memoranda, it is entitled to relief. In its Order [95], the Court limited the parties to thirty-five (35) pages for their memoranda in connection with the Motion for Summary Judgment [86]. Defendant filed a total of fifty-four (54) pages in violation of this Order [95], while Plaintiff limited itself to twenty-three (23) pages. Therefore, the Court finds that Plaintiff is entitled to relief. The Court further finds that the appropriate remedy is to allow Plaintiff to file its sur-reply. The Motion for Leave [114][115][116] will therefore be **granted** in this respect. Because Plaintiff asks for the Defendant's Reply [112] to be stricken in the alternative, the motion will be **denied as moot** as to this request. Furthermore, because Plaintiff has not shown cause, its request for an expedited hearing will be **denied**.

IT IS THEREFORE ORDERED AND ADJUDGED that the Motion for Leave [114][115][116] will be **granted in part** and **denied in part** as described above.

SO ORDERED AND ADJUDGED, on this, the ___15th___ day of March, 2017.

                                                                                    ___s/Keith Starrett_____
                                                                                    KEITH STARRETT
                                                                                    UNITED STATES DISTRICT JUDGE