**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**CORINTHIAN COURT
HOLDINGS, LLC**                                                                    **PLAINTIFF**

**v.**                              **CIVIL ACTION NO. 2:15-CV-111-KS-MTP**

**STATE FARM FIRE AND
CASUALTY COMPANY**                                                  **DEFENDANT**

**CONSOLIDATED WITH**

**CORINTHIAN COURT
HOLDINGS, LLC**                                                    **PLAINTIFF**

**v.**                              **CIVIL ACTION NO. 2:16-CV-18-KS-MTP**

**STATE FARM FIRE AND
CASUALTY COMPANY**                                                  **DEFENDANT**

## ORDER

On May 4, 2017, parties filed their Motions *In Limine* [124][126][128][130][132]. Pursuant to the Amended Case Management Order [21] and Local Uniform Civil Rule 7(b)(2)(E), responses to these motions are due seven days prior to the pretrial conference scheduled for May 18, 2017, making responses due on or before **May 11, 2017**.

SO ORDERED AND ADJUDGED, on this, the ___5th___ day of May, 2017.

                                                                  ___s/Keith Starrett_____
                                                                  KEITH STARRETT
                                                                  UNITED STATES DISTRICT JUDGE